AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MANUEL E. YANES PIMENTEL | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:26-cv-21218-AHS |
| GIOVANNI & SONS HIGH-TECH INC. and GIAN CARLO VISCIGLIA | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GIOVANNI & SONS HIGH-TECH INC.
c/o Gian Carlo Visciglia, Registered Agent
11402 NW 84th Terrace
Doral, FL 33178

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Jacob K. Auerbach, Esq.
   Gallup Auerbach
   4000 Hollywood Boulevard, Suite 265 South
   Hollywood, FL 33021
   t: 954.894.3035 e: jauerbach@gallup-law.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Feb 24, 2026

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MANUEL E. YANES PIMENTEL <br><br> *Plaintiff(s)* <br> v. <br> GIOVANNI & SONS HIGH-TECH INC. and GIAN CARLO VISCIGLIA <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:26-cv-21218-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GIAN CARLO VISCIGLIA
11402 NW 84th Terrace
Doral, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacob K. Auerbach, Esq.
Gallup Auerbach
4000 Hollywood Boulevard, Suite 265 South
Hollywood, FL 33021
t: 954.894.3035 e: jauerbach@gallup-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 24, 2026

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts